# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-03106-3-CR-S-SRB |
| ) | |
| RAYMON F. ORTEGA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant Ortega's *pro se* motion for emergency bond, (doc. 105), filed without the assistance of his attorney. The Court ordinarily does not consider pro se motions filed by represented parties. See *United States v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014) (the "district court has no obligation to entertain pro se motions filed by a represented party"); see also *United States v. Thompson*, 2018 WL 3398164, at *1 (W.D. Mo. July 12, 2018). Further, on October 18, 2019, the Court entered a Scheduling and Trial Order, specifically instructing that pro se filings will not be accepted by defendants who are represented by counsel. (Doc. 11, § VI). Because the Court has appointed counsel in this matter, the filing of a motion *pro se* is improper. *Id.*; *See also United States v. Hunter,* 770 F.3d 740, 746 (8th Cir. 2014). Therefore, the motion is **DENIED without prejudice**. Any request of the Court must be raised by and through Defendant's attorney.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE:  March 31, 2020