# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 19-03106-03-CR-S-SRB |
| RAYMON F. ORTEGA, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Response to the District Courts Order Requesting the Government to File a Response of Why the District Court Should Not Grant Defendant a Detention Hearing or/in the Alternative Release Defendant on Bail on 24 Hour Locator, personally filed by Defendant. (Doc. 138.) On August 26, 2020, the Court denied Defendant's pro se motion for a detention hearing, (Doc. 136.), and in this matter, the relief requested is also **DENIED**. As Defendant has been advised previously, any request of the Court must be made by and through Defendant's attorney. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: September 14, 2020