**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,     )
    )
                  Plaintiff,     )
    )
    vs.     )    No. 19-03106-03-CR-S-SRB
    )
RAYMON F. ORTEGA,     )
    )
                 Defendant.     )

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to
Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has
entered a plea of guilty to Counts One and Three and admitted to the
Forfeiture Allegation contained in the Indictment filed on August
20, 2019. After cautioning and examining the Defendant under oath
concerning each of the subjects mentioned in Rule 11, I determined
that the guilty pleas were knowledgeable and voluntary, and that the
offenses charged are supported by a factual basis for each of the
essential elements of the offenses.  I therefore recommend that the
pleas of guilty be accepted and that the Defendant be adjudged guilty
and have sentence imposed accordingly.


Date: September 16, 2021          /s/ David P. Rush
                                DAVID P. RUSH
                                UNITED STATES MAGISTRATE JUDGE

<u>NOTICE</u>

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).